UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**IN RE CASEY CAMPBELL**                              No. 4:21-cv-0881-P

# FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case issued on September 16, 2022:

Defendants Merrick B. Garland and William Onuh's Motion for Summary Judgment (ECF No. 133) is **GRANTED.**

Plaintiff Casey Campbell's hostile work environment claims, religious discrimination and retaliation claims, and RFRA claims are each **DISMISSED with prejudice.**

Defendants' Motion for Summary Judgment on the Attorney General's counterclaim is **GRANTED.** The Court therefore **ORDERS** that the Attorney General is entitled to recover the $15,000 in non-pecuniary damages and $1,000 in attorneys' fees paid to Campbell as a result of the prior administrative decisions.

Finally, Plaintiff Casey Campbell's Second Motion for Partial Summary Judgment (ECF No. 140) is **DENIED.**

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that this civil action is **DISMISSED with prejudice.**

The Clerk shall transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **16th day** of **September 2022.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE